# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 28, 2006

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Ann C. Williams, *Circuit Judge*

No. 05-4098

UNITED STATES OF AMERICA,
     *Plaintiff-Appellee*,

  *v.*

CHARLES LAWSHEA,
     *Defendant-Appellant.*

Appeal from the United States District Court
for the Central District of Illinois.

No. 05 CR 20001

Michael P. McCuskey,
 *Chief Judge.*

**O R D E R**

The opinion of this court issued on August 24, 2006, is amended as follows:

Page 5, last paragraph, line 4, the sentence beginning with the word "Such" should be changed to read, "Such flight gave Officer McCord reasonable suspicion to conduct a *Terry* search. When Lawshea failed to stop after Officer McCord twice directed him to do so, Officer McCord's suspicions were further increased."

In addition, the district court case number cited in the caption should have read "05 CR 20001" not 05-20001.